JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
ALEXANDRA LOYOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| ALEXANDRA LOYOLA, | No.   2:25-cv-01550-CKD |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to October 20, 2025.

This is a first extension. Plaintiff's counsel has been faced with too many briefs in these cases due over too short a time period and must space them out. Counsel has multiple briefs due between now and the requested date where the record was filed earlier than this one.

Dated:   September 15, 2025                              /s/     *Jesse S. Kaplan*
                                                         JESSE S. KAPLAN
                                                         Attorney for Plaintiff


Dated:   September 15, 2025                               */s/ per e-mail authorization*

                                                         OSCAR GONZALEZ de LLANO
                                                         Special Assistant U.S. Attorney
                                                         Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to October 20, 2025.

Dated:  September 18, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE