JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
ALEXANDRA LOYOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| ALEXANDRA LOYOLA, | No.   2:25-cv-01550-CKD |
| Plaintiff, | |
| | ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Frank Bisignano,<br>COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant._____/ | |

**ORDER**

For good cause shown, plaintiff's motion for second extension of time (ECF No. 14) is GRANTED.  Plaintiff's time to file a motion for summary judgment is extended to November 7, 2025.

SO ORDERED.

Dated:  October 20, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE