ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA LOYOLA,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:25-cv-01550-CKD<br><br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 14 days, from January 27, 2026 to February 10, 2026, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is the Commissioner's second request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for this second extension. This case has a complex history, including a prior finding of disability, a previous remand order by this Court, and a certified administrative record of nearly 11,300

pages.  The undersigned needs additional time to confer with her client regarding the issues raised in Plaintiff's Motion for Summary Judgment, review the substantial record, determine whether options exist for settlement, and prepare the Commissioner's Cross-Motion if settlement is not possible.  The undersigned was unable to address these matters earlier due to ongoing staffing reductions and organizational changes, which resulted in the undersigned receiving many additional cases requiring answers and briefing.  This request is made in good faith and is not intended to unnecessarily delay these proceedings.

Respectfully submitted,

Dated: January 20, 2026                     JESSE S. KAPLAN, ATTORNEY AT LAW

                                      By:*/s/ Jesse S. Kaplan\**
                                            JESSE S. KAPLAN
                                            Attorneys for Plaintiff
                                            [*As authorized by email on Jan. 20, 2026]

Dated: January 22, 2026                     ERIC GRANT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Head of Program Litigation 1
                                            Social Security Administration | Law & Policy

                                      By:   */s/ Margaret Branick-Abilla*
                                            MARGARET BRANICK-ABILLA
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

**ORDER**

        Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on February 10, 2026 and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

Dated:  January 22, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE